IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:21-CR-00132 |
| | § | Judge Kernodle |
| OMAR FELIPE QUINONES RIASCOS (2) | § | |

## **ELEMENTS OF THE OFFENSE**

The defendant is charged in Count One of the Indictment with a violation of 46 U.S.C.

§ 70503(a)(1) and 46 U.S.C. § 70506 (b), Conspiracy to Possess with the Intent to Distribute a

Controlled Substance Onboard a Vessel Subject to the Jurisdiction of the United States. The

essential elements which must be proven to establish the offense are as follows:

1. That the defendant and one or more persons, directly or indirectly, reached an agreement to commit the crime charged in the Indictment, that is, to manufacture and distribute cocaine intending, knowing, and with reasonable cause to believe, that the cocaine will be unlawfully imported into the United States;

2. That the defendant knew of the unlawful purpose of the agreement;

3. That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

4. That the overall scope of the conspiracy involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; and

5. That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 5 kilograms or more of amixture of substance containing a detectable amount of cocaine.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY


*/s/ Wes Wynne*
WES WYNNE
Assistant United States Attorney
600 E. Taylor St., Suite 2000
Sherman, Texas 75090
(903) 813-1843
wes.wynne@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on November 19, 2021.


*/s/ Wes Wynne*
WES WYNNE
Assistant United States Attorney