



DEC 0 9 2021

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA § 
§ 
v. § 
§ 
OMAR FELIPE QUINONES RIASCOS (2) §

SEALED
NO. 4:21-CR-00132
Judge Kernodle

## FACTUAL BASIS

The defendant, OMAR FELIPE QUINONES RIASCOS, hereby stipulates and agrees thatat all times relevant to the Indictment herein, the following facts were true:

1.   That the defendant, OMAR FELIPE QUINONES RIASCOS, who is changing his plea to guilty, is the same person charged in the Indictment.

2.   That OMAR FELIPE QUINONES RIASCOS and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to manufacture and distribute 5 kilograms or more of a mixture or substance containing a detectable amount cocaine intending, knowing, and with reasonable cause to believe that the cocaine will be unlawfully imported into the United States.

3.   That OMAR FELIPE QUINONES RIASCOS knew the unlawful purpose of theagreement and joined in it with the intent to further it.

4.   That OMAR FELIPE QUINONES RIASCOS knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of cocaine.  This amount was involved in the conspiracy

Factual Basis
Page 1

after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.    I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 11/18/21

X FELIPE QUIÑONES
OMAR FELIPE QUINONES RIASCOS
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.    I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 11/18/21

FRANK HENDERSON
Attorney for the Defendant

Factual Basis
Page 2