

JAN 0 6 2022

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **SEALED** |
| v. | § | NO. 4:21-CR-00132 |
| | § | Judge Kernodle |
| CHRISTIAN LEONARDO FRANCO POSLIGUA | § | |
| (3) | | |

## FACTUAL BASIS

The defendant, CHRISTIAN LEONARDO FRANCO POSLIGUA, hereby stipulates and agrees thatat all times relevant to the Indictment herein, the following facts were true:

1.    That the defendant, CHRISTIAN LEONARDO FRANCO POSLIGUA, who is changing his plea to guilty, is the same person charged in the Indictment.

2.    That CHRISTIAN LEONARDO FRANCO POSLIGUA and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to manufacture and distribute 5 kilograms or more of a mixture or substance containing a detectable amount cocaine intending, knowing, and with reasonable cause to believe that the cocaine will be unlawfully imported into the United States.

3.    That CHRISTIAN LEONARDO FRANCO POSLIGUA knew the unlawful purpose of theagreement and joined in it with the intent to further it.

4.    That CHRISTIAN LEONARDO FRANCO POSLIGUA knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of cocaine. This amount was

Factual Basis
Page 4

involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendantand was part of jointly undertaken activity.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.    I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: _12/16/21_        X _Cristian Franco_
                          CHRISTIAN LEONARDO FRANCO POSLIGUA
                          Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.    I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: _12/16/21_        
                          GARLAND CARDWELL
                          Attorney for the Defendant